## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

IN RE:   **J&C MAY PROPERTIES, LLC**               **Case No. 4:22-BK-12804**
           **Debtor-in-Possession**                                  **CHAPTER 11**

### ORDER GRANTING MOTION TO DISMISS

This matter comes now before the Court on the Debtors' Motion to Dismiss with Notice of Opportunity to Object [Docket No. 124] (the "Motion"). The Court finds that the Motion is well taken, complies with the requirements of law and was properly served on all creditors and parties in interest, and therefore, the Motion should be granted.

IT IS HEREBY ORDERED:

1. On August 15, 2023, the Debtor filed the Motion.

2. On August 16, 2023, the Debtor filed a Certificate of Service referencing proper service of the Motion [Docket No. 125].

3. The Debtor shall file the monthly operating report for August 2023 and the Period of September 1, 2023, through the date of dismissal and simultaneously submit monthly bank statements, reconciliations, and copies of the check registers, in accordance with the United States Trustee's guidelines and as required by Local Rule 1020.1; and timely pay all quarterly fees and interest due to the United States Trustee.

4. The Debtor shall pay Newtek Small Business Finance, LLC all net sale proceeds remaining after payment of (a) those sums owed to the U.S. Trustee and (b) those sums paid to Debtor's counsel pursuant to his second interim application and be applied to the loan balance owed on Newtek Small Business Finance, LLC's first claim.

5. The Motion to Dismiss is hereby GRANTED.

**IT IS SO ORDERED.**

HONORABLE RICHARD D. TAYLOR
United States Bankruptcy Judge
Eastern and Western Districts of Arkansas

September 15, 2023

Date

Prepared by:

*/s/ Kevin P. Keech*
Kevin P. Keech, Ark. Bar No. 98147
KEECH LAW FIRM, P.A.
2011 S. Broadway
Little Rock, Arkansas 72206
501.221.3200
kkeech@keechlawfirm.com

*Counsel to Chapter 11 Debtor*

Approved By:

/s/ Joseph A. DiPietro
Joseph A. DiPietro, Ark. Bar No. 98004
Trial Attorney
Office of United States Trustee
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201-3618
501.324.7112
Joseph.A.DiPietro@usdoj.gov

/s/ Harry S. Hurst, Jr.
Harry S. Hurst, Jr., Ark. Bar No. 88116
HURST BURNETT PLC
PO Box 1149
Jonesboro, AR 72403
870.268.7602
hhurst@hbfirm.net